E-filing

ADR    ORIGINAL

Filed

MAY – 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



1  Daniel T. Huang, ESQ. (Cal Bar 185948)
   Law Office of Daniel Huang
2  506 N. Garfield Ave., Ste. 100
   Alhambra, CA 91801
3  Tel: (626) 289-0006
   Fax: (626) 289-0005
4  Lawyer99@pacbell.net

5  Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

C07 02449 PVT

SARANGAN NARASIMHAN, individually,

PLANTIFF,

v.

EMILLO T. GONZALEZ, Director of the
U.S Citizenship and Immigration Services,

ALBERTO R. GONZALES, as Attorney
General of the United States,

MICHAEL CHERTOFF, in his Official
Capacity, Secretary, United States
Department of Homeland Security.

DEFENDANTS

Case No.:

Agency File Number: A 98 408 099

COMPLAINT FOR
DECLARATORY RELIEF IN THE
NATURE OF MANDAMUS

1                                    Complaint

# INTRODUCTION

COME NOW Sarangan Narasimhan, Plaintiff in the above captioned case and for cause of action would show unto the Court the following:

1    This action is for declaratory and mandatory relief, authorized by 28 U.S.C. § 1361, the mandamus statute; 28 U.S.C. § 2201, the Declaratory Judgment Act; and 5 U.S.C. § 702, the Administrative Procedure Act.

2    This action seeks to compel the Department of Homeland Security ("DHS"), United States Citizenship and Immigration Services ("USCIS"), to adjudicate in an expedited manner the Application to Adjust Status to Permanent Residence (Form I-485) ("adjustment of status application") that Plaintiff Sarangan Narasimhan filed with the USCIS San Jose District Office on March 23rd, 2005.

3    Plaintiff Sarangan Narasimhan is a national and citizen of India. (Exhibit A, p. 13). He first came to the United States on an F1 student visa.  He earned a Master degree in Engineering at Stanford University and has been employed as an engineer by Synaptics Inc., a publicly traded company on Nasdaq in Santa Clara, California since 2001 when his status was converted from F1 student to H1B temporary worker. (See the information in Exhibit I, p. 32). He married Aparna S. Vadlamani, a citizen of the United States, on October 28, 2004 and has been living together as husband and wife ever since. (Exhibit B, pp. 14-15).  Plaintiff has remained in lawful immigration status throughout the time he has been in the United

Complaint

1  States and has fully complied with all special registration requirements. See 8 C.F.R.

2  § 264.1; 64 FR 67766 (Nov. 6, 2002); 71 FR 22717 (Apr. 24, 2006).

3       4     On April 20, 2005, Sarangan Narasimhan submitted his application for

4

5  adjustment of status (on Form I-485) and application for Advance Parole (on Form I-

6  131) concurrently with an immediate relative immigrant petition filed on his behalf by

7

8  his U.S. Citizen wife (on Form I-130)  to the USCIS San Jose District Office.

9  (Exhibit C, p. 16).   His I-485 application has now been pending for over two years.

10 Concerted efforts by Sarangan Narasimhan and his U.S.Citizen wife Aparna S.

11

12 Vadlamani to inquire about status of his adjustment of status application have been to

13 no avail.

14      5     According to the USCIS website, as of March 15, 2007, the USCIS San

15

16 Francisco District Office was processing family-based adjustment of status received

17 on or before September 13, 2006. This shows that Sarangan Narasimhan's application

18

19 is now over 18 months behind normal processing time. (Exhibit D, p. 17).

20      6     The delay in Processing Narasimhan's adjustment of status application is

21 unreasonable and unlawful. Thus, he files this writ for mandamus action.

22

23                         **JURISDICTION AND VENUE**

24      7      This Court has jurisdiction over the present action pursuant to 28

25 U.S.C. § 1361, the mandamus statute; 28 U.S.C. § 2201, the Declaratory Judgment

26

27 Act; 28 U.S.C. § 1331, general federal question jurisdiction; and 5 U.S.C. § 702, the

28 Administrative Procedure Act ("APA").

8        Venue is proper with this court pursuant to 28 U.S.C. § 1391(e) because this is a civil action in which the defendants are employees or officers of the United States, acting in their official capacity, and an agency of the United States; because a substantial part the events or omissions giving rise to the claim occurred in Santa Clara County, California, in the Northern District of California, and there is no real property involved in this action. Therefore, venue is proper in this district.

9        Intradistrict Assignment: This action should be assigned to San Jose Division because a substantial part of the events and omissions giving rise to this claim occurred within the jurisdiction of that division, and because Plaintiff reside in that division.    See Local Rules 3-2(c), (d).


**PARTIES**

10        Plaintiff Sarangan Narasimhan is a national and citizen of India. (Exhibit A)  He first came to the United States on an F-1 student visa. He earned a Master's degree in engineering at Stanford University in Stanford, California and has been employed as an engineer by Synaptics Inc., a publicly traded company on Nasdaq in Santa Clara, California since 2001 when his immigration status was converted from F1 student to H1B temporary worker. (See the information provided in Exhibit I, pp. 32-38) He submitted a family-based adjustment of status application (I-485) to the USCIS San Jose District Office on April 20, 2005 together with an immediate relative immigrant petition filed on his behalf by his wife Aparna S.

Complaint

# INTRODUCTION

COME NOW Sarangan Narasimhan, Plaintiff in the above captioned case and for cause of action would show unto the Court the following:

1    This action is for declaratory and mandatory relief, authorized by 28 U.S.C. § 1361, the mandamus statute; 28 U.S.C. § 2201, the Declaratory Judgment Act; and 5 U.S.C. § 702, the Administrative Procedure Act.

2    This action seeks to compel the Department of Homeland Security ("DHS"), United States Citizenship and Immigration Services ("USCIS"), to adjudicate in an expedited manner the Application to Adjust Status to Permanent Residence (Form I-485) ("adjustment of status application") that Plaintiff Sarangan Narasimhan filed with the USCIS San Jose District Office on March 23rd, 2005.

3    Plaintiff Sarangan Narasimhan is a national and citizen of India. (Exhibit A, p. 13). He first came to the United States on an F1 student visa. He earned a Master degree in Engineering at Stanford University and has been employed as an engineer by Synaptics Inc., a publicly traded company on Nasdaq in Santa Clara, California since 2001 when his status was converted from F1 student to H1B temporary worker. (See the information in Exhibit I, p. 32). He married Aparna S. Vadlamani, a citizen of the United States, on October 28, 2004 and has been living together as husband and wife ever since. (Exhibit B, pp. 14-15). Plaintiff has remained in lawful immigration status throughout the time he has been in the United

Complaint

Vadlamani, a citizen of the United States. (Exhibit B, pp. 14-15). He has remained in lawful immigration status throughout the time he has been in the United States and has fully complied with all special registration requirements. (Exhibit E, pp. 18-22).

11    Defendant Emilio T. Gonzalez is the Director of the U.S. Citizenship and Immigration Services ("USCIS"), and this action is brought against him in his official capacity. He is generally charged with the implementation of the Immigration & Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS. More specifically, Mr. Gonzalez is responsible for the adjudication of applications for adjustment of status under §245 of the Immigration and Nationality Act ("INA") as well as adjudication of petitions for naturalization under §335 of the Immigration and Nationality Act ("INA") See U.S.C. §1255 & 8 U.S.C. §1446

12    Defendant Alberto R. Gonzales is the Attorney General of the United States, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the FBI, an agency under the Department of Justice. More specifically, Mr. Gonzalez is responsible for overseeing the National Name Check Program ("NNCP") mandated by Executive Order 10450. Presently, every immigrant and naturalization petitioner must receive a clearance from the FBI under the NNCP before the adjustment or petition application can be approved. See 22 C.F.R. §42.67(c) (2).

Complaint

13          Defendant Michael CHERTOFF is sued in his official capacity as the Secretary of DHS. In this capacity, he has responsibility for the administration and enforcement of the immigration and naturalization laws pursuant to section 402 of the Homeland Security Act of 2002, 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002); see also 8 U.S.C. § 1103.

## FACTUAL ALLEGATIONS

14      Plaintiff Sarangan Narasimhan brings this action to compel USCIS to adjudicate his Application to Adjust Status (Form I-485), which was filed with USCIS San Jose District Office on April 20, 2005.

15          Sarangan Narasimhan is a national and citizen of India, who first arrived in the United States on an F1 student visa. He earned a Bachelor degree in Engineering at Northwestern University in Illinois and a Master degree in Engineering at Stanford University in Stanford, California. He has been employed as an engineer by Synaptics Inc., a publicly traded company on Nasdaq in Santa Clara, California since 2001 when his immigration status was converted from F1 student to H1B temporary worker. Throughout the time he has been in the United States, Plaintiff has remained in lawful immigration status and has fully complied with all special registration requirements. See 8 C.F.R. § 264.1; 64 FR 67766 (Nov. 6, 2002); 71 FR 22717 (Apr. 24, 2006).

Complaint

16       Sarangan Narasimhan and his wife, Aparna S. Vadlamani, who is a citizen of the United States, married on October 28, 2004. (Exhibit B, pp. 14-15).

17       On April 20, 2005, Narasimhan properly filed a family-based adjustment of status application (Form I-485) with the USCIS San Jose District Office. (Exhibit C, p. 16).

18       Plaintiff also filed Applications for Travel Document (Form I-131) and for Employment Authorization (Form I-765) along with or subsequent to the filing of his adjustment application. Both his initial and subsequent applications for Travel Document and Employment Authorization were approved and the documents (Travel documents and Employment authorization documents) were issued to him by USCIS about one month after the filing.  (Exhibit E, pp. 18-22).

19       Plaintiff had his fingerprints processed at USCIS Application Support Center San Jose on June 16, 2005. (Exhibit F, p 23).

20       On June 23, 2005, Mr. Narasimhan and his wife Aparna S. Vadlamani, were interviewed by USCIS officer M. Borre at San Jose District Office, San Jose, California. The status of the application has been pending due to FBI Name Check Clearance since the day of interview. (Exhibit G, pp. 24-26).

21       Since June 23, 2005,   Plaintiff and his wife have visited the USCIS San Jose office multiple times to inquire about the case status and have received no definitive responses or relief. Each of their visits was given the same answer that

Complaint

Plaintiff's application "is pending name check". (Exhibit H, pp. 27-31; *See also* the Exhibit I at pages 32-38).

22      Much time had passed without any progress of his application, Plaintiff and his wife had to turn to their congressional representative and U.S. senators for assistance.  On March 19, 2007, Plaintiff's wife Aparna S. Vadlamani sent letters to Senators Barbara Boxer and Dianne Feinstein and Congresswoman Anna G. Eshoo requesting their assistance with Plaintiff's application for adjustment of status.  No response to her requests has been received as of today's date.   (Exhibit I, *Id.*)

23      The USCIS website shows that as of March 15, 2007, the USCIS San Jose Office was processing I-485 adjustment of status applications with receipt notice date of September 13, 2006. This shows that Narasimhan's adjustment of status application is now over 18 months behind normal processing time. (Exhibit D, p. 17)

24      Plaintiff has exhausted all available administrative remedies.


**CAUSE OF ACTION**
**(VIOLATION OF IMMIGRATION AND NATIONALITY ACT AND**
**ADMINISTRATIVE PROCEDURES ACT)**

25      Paragraphs 1 through 24 are incorporated herein.

26      A spouse of a citizen of the United States, an alien entitled to classification under, 8 U.S.C. § 1151(b)(2)(A)(i) may file a petition with the Attorney

Complaint

General for such classifications. See 8 U.S.C. § 1154(a)(1)(A)(ii). Thereafter, if it is determined that the facts stated in the petition are true and that the alien on behalf of whom the petition is made is an immediate relative specified in U.S.C. § 1151(b) approve the petition and forward one copy thereof to the Department of State. See 8 U.S.C § 1154(b). An alien who is eligible to receive, inter alia, a family-based immigrant visa under 8 U.S.C. § 1154(b) may adjust his or her status from nonimmigrant to lawful permanent resident, 8 U.S.C. § 1255(j) (2).

27      Narasimhan is eligible for adjustment of status as his wife is a citizen of the United States, pursuant to under 8 U.S.C. § 1154(a) (1).

28      Narasimhan filed adjustment of status application with the USCIS San Jose District Office on March 23, 2005. Over two years later, his application still has not been adjudicated.

29      The USCIS San Jose District Office is currently processing family-based adjustment of status applications that were submitted on or before September 13, 2006. Narasimhan's adjustment of status application is thus over 18 moths behind normal processing time.

30      Mandamus is an appropriate remedy whenever a party demonstrates a clear right to have an action performed by a governmental official who refuses to act. Donovan v. United States, 580.F.2d 1203, 1208 (3d Cir. 1978). Defendants have refused to adjudicate Plaintiff's marriage-based immigrant visa petition. Defendants have a duty to act upon the petition and have failed to do so in a reasonable time or

9                                    Complaint

manner. See e.g. <u>Patel v. Reno</u>, 134 F.3d 929 (9th Cir. 1997). Defendants have thus violated the Immigration and Nationality Act.

31    In addition, defendants have violated the Administrative Procedures Act ("APA"), which provides that a reviewing court shall compel agency action unlawfully withheld or unreasonably delayed. 5 U.S.C. §§ 555, 702 and 706.  Thus, where a statute does not specify a deadline for a particular kind of government action, the APA compels the executive agency to act "within a reasonable time." <u>Patel</u>, supra, 134 F.3d 929 (no time frame specified; court finds eight year delay unreasonable); <u>Fallini v. Hodel</u>, 783 F.2d 1343 (9th Cir. 1986) (BLM must remove wild horses from private land within a reasonable time where Wild Horses Act specifies no time frame)

32    Narasimhan has exhausted all other available remedies. He has "no other adequate means to attain the relief desires." <u>Allied Chemical Corp. v. Daiflon, Inc.</u>, 449 U.S. 33, 35 (1980).  His right to issuance of the writ is therefore "clear and indisputable."

## PRAYER FOR RELIEF

33    WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that this Court grant the following relief:

i.  Assume jurisdiction over this matter;

Complaint

ii.  Order that USCIS adjudicate Plaintiff Sarangan Narasimhan's Application to Adjust Status to Permanent Residence (Form I-485);

iii. Award reasonable costs and attorney's fees; and

iv.  Grant such further relief as the Court deems just and proper.

Dated: April 27, 2007

Respectfully Submitted,

Daniel T. Huang
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Lawyer99@pacbell.net

11                                      Complaint

Case Title: <u>Narasimhan v Gonzalez, et al.</u>, Case Number:

## **LIST OF ATTACHMENTS**

| *Exhibit* | *Description* |
|---|---|
| A | A copy of Plaintiff's passport page with biographic data, p. 13. |
| B | Copies of Plaintiff's wife's U.S. Passport/License and Certificate of Marriage issued by County of Santa Clara, pp. 14-15. |
| C | USCIS receipt for Plaintiff's I-485 & I-131 Applications and the I-130 petition filed by his wife, p. 16. |
| D | USCIS San Jose District Office processing dates posted on March 15, 2007, p.17. |
| E | Copies of a receipt for Plaintiff's subsequently filed I-765 Application and his previous and current Employment Authorization Cards (EAD) and Advance Parole Documents, pp. 18-22. |
| F | Fingerprint Referral Notice with biometrics processing stamp on June 16, 2005, p.23. |
| G | Appointment letter for Interview on June 23, 2005 /notices with date of interview, name of interviewing officer and case pending status from USCIS San Jose office, pp. 24-26. |
| H | INFOPASS appointments with USCIS officers at San Jose office, pp. 27-31. |
| I | Letters/fax requesting assistance to Offices of Senators Barbara Boxer/Dianne Feinstein & Congresswoman Anna G. Eshoo, pp. 32-38. |

Complaint

04/24/2007 17:05    6506258423                                    PAGE 02/06



Exhibit A, passport with biographical data



The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des Etats-Unis d'Amérique par les présentes, toutes autorités compétentes de laisser passer le citoyen ressortissant des Etats-Unis titulaire du présent passport, sans délai, difficulté et, en cas de besoin, de lui accorder toute aide et protection légitime.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

Exhibit B, Spouse' U.S. passport with biographical data

14                                                         Complaint

04/24/2007  17:05  6506258423                                           PAGE  04/06

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
### SAN JOSE, CALIFORNIA

### LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

| STATE FILE NUMBER | | | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|---|

**GROOM PERSONAL DATA**

1A. NAME OF GROOM—FIRST (GIVEN): **SARANGAN** | 1B. MIDDLE | 1C. LAST (FAMILY): **NARASIMHAN** | 2. DATE OF BIRTH—MONTH, DAY, YEAR

3A. RESIDENCE—STREET AND NUMBER: **99 EAST MIDDLEFIELD #29** | 3B. CITY: **MOUNTAIN VIEW** | 3C. ZIP CODE: **94043** | 3D. COUNTY—OUTSIDE CALIFORNIA ENTER STATE: **SANTA CLARA** | 4. STATE OF BIRTH: **INDIA**

6. MAILING ADDRESS—IF DIFFERENT | 5. NUMBER OF PREVIOUS MARRIAGES: **0** | 7A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 7B. DATE—MONTH, DAY, YEAR

8A. USUAL OCCUPATION: **ENGINEER** | 8B. USUAL KIND OF BUSINESS OR INDUSTRY: **TECHNOLOGY** | 9. EDUCATION—YEARS COMPLETED: **19**

10A. FULL NAME OF FATHER: **NARASIMHAN** | 10B. STATE OF BIRTH: **INDIA** | 11A. FULL MAIDEN NAME OF MOTHER: **RANGANATHAN** | 11B. STATE OF BIRTH: **INDIA**

**BRIDE PERSONAL DATA**

12A. NAME OF BRIDE—FIRST (GIVEN): **APARNA** | 12B. MIDDLE: **SUNDARI** | 12C. CURRENT LAST (FAMILY): **VADLAMANI** | 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C) | 13. DATE OF BIRTH—MONTH, DAY, YEAR

14A. RESIDENCE—STREET AND NUMBER: **99 EAST MIDDLEFIELD #29** | 14B. CITY: **MOUNTAIN VIEW** | 14C. ZIP CODE: **94043** | 14D. COUNTY—OUTSIDE CALIFORNIA ENTER STATE: **SANTA CLARA** | 15. STATE OF BIRTH: **INDIA**

16. MAILING ADDRESS—IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES: **0** | 18A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 18B. DATE—MONTH, DAY, YEAR

19A. USUAL OCCUPATION: **CLINICAL RESEARCH ASSOC** | 19B. USUAL KIND OF BUSINESS OR INDUSTRY: **HEALTHCARE** | 20. EDUCATION—YEARS COMPLETED: **7**

21A. FULL NAME OF FATHER: **KRISHNA MOHAN VADLAMANI** | 21B. STATE OF BIRTH: **INDIA** | 22A. FULL MAIDEN NAME OF MOTHER: **PRAMILA SANTI** | 22B. STATE OF BIRTH: **INDIA**

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE, NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

23. SIGNATURE OF GROOM | 24. SIGNATURE OF BRIDE

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS, REQUIRED BY SECTION___ (DISPOSITION OF THIS LICENSE ARE ON FILE)

25A. ISSUE DATE MONTH, DAY, YEAR: **10/22/2004** | 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR: **01/20/2005** | 25C. LICENSE NUMBER: **266372** | 25D. COUNTY OF ISSUE: **SANTA CLARA**

25E. NAME OF COUNTY CLERK: **BRENDA DAVIS** | 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE) BY ___ DEPUTY

**WITNESS(ES) (ONE REQUIRED)**

26A. SIGNATURE OF WITNESS | 26B. ADDRESS, STREET AND NUMBER: **1936 POPLAR ST** | 26C. CITY, STATE, AND ZIP CODE: **Richland, WA 99352**

27A. SIGNATURE OF WITNESS | 27B. ADDRESS, STREET AND NUMBER: **871½ LAKESIDE DR #N30** | 27C. CITY, STATE, AND ZIP CODE: **Sunnyvale, CA 94085**

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED IN MARRIAGE BY ME IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 28B. RELIGIOUS DENOMINATION (IF CLERGY)

ON: **OCTOBER**  **28**  **2004** | 28C. NAME OF PERSON SOLEMNIZING MARRIAGE: **BIOC. BIERK** | 28D. OFFICIAL TITLE: **DEP COMM**

AT: **SAN JOSE**  **Santa Clara**  **California** | 28E. MAILING ADDRESS: **70 W Hedding St SJCA** | 28F. ZIP CODE: **95110**

**LOCAL REGISTRAR OF MARRIAGES (SOLEMNIZED ONLY)**

30A. LOCAL REGISTRAR OF MARRIAGES: **BRENDA DAVIS** | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) BY ___ DEPUTY | 31. DATE ACCEPTED FOR REGISTRATION: **OCT 2 9 2004**

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR                                   VS-117C (1/99)

---

### CERTIFIED COPY OF VITAL RECORD



STATE OF CALIFORNIA } ss
COUNTY OF SANTA CLARA }

### Exhibit B, marriage license

This copy not valid unless prepared on engraved border displaying seal and signature of Deputy County Clerk-Recorder.

**USDHS**
**SAN JOSE**
RETAIN THIS RECEIPT

12:13PM    Apr 20/05
00-0000 001    SNJ-MD
#39939

A #
Last Name  NARASIMHAN
First Name  SARANGAN

I-485        $315.00
FF-Fee/FD258 $70.00
I-131        $165.00
I-130 SPOUSE$185.00

XTTL    ♥    $735.00
Check        $385.00
Check        $185.00
Check        $165.00

✕Official✕
✕Document✕

Exhibit C, USCIS adjustment of status case receipt

Complaint

status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted March 15, 2007

| Form | Form Name | No. Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | December 13, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | September 13, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | November 20, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | November 20, 2006 |
| I-765 | Application for Employment Authorization | December 27, 2006 |
| N-400 | Application for Naturalization | July 12, 2006 |
| N-600 | Application for Certification of Citizenship | May 06, 2006 |

[ Print This Page ]    [ Back ]

**04-24-2007 01:53 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Exhibit D, USCIS case processing dates for the San Jose district, March 15, 2007        **7**

Complaint

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-05-245-15393 | | Case Type:<br>I-765 - Application for Employment Authorization Document |
|---|---|---|
| Received Date:<br>May 02, 2005 | Priority Date: | Applicant:<br>NARASIMHAN, SARANGAN |
| Notice Date:<br>June 06, 2005 | Page      1 OF 1 | ASC Code:    2 |

| SARANGAN NARASIMHAN | Notice Type:      Receipt Notice |
|---|---|
| | Amount Received:      $175.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S
P.O.
Lee; Exhibit E, receipt for work authorization application
Nati

Complaint

5095098      0002372494

Form I-797C (Rev. 11/28/03) N



Exhibit E, previously issued work permit

Complaint



Exhibit E, previously issued work permit

Complaint

**U.S. Department of Justice**
Immigration and Naturalization Service

AUTHORIZATION ᴦOR PAROLE OF AN ALIEN

INTO THE UNITED STATES

| Name of Alien | (First) | (Middle) | (Last) | | Date |
|---|---|---|---|---|---|
| | **Sarangan** | **NARASIMHAN** | | | 04/22/2005 |
| | | | | | File Number |

| Date of Birth (Month) (Day) (Year) | | | Place of Birth | (City or town) | (State or province) | (Country) *INDIA* |
|---|---|---|---|---|---|---|

| U.S. Address #29 | (Apt. number and/ or in care of) 99 E MIDDLEFIELD RD | (Number and street) MOUNTAIN VIEW, CA   94043 | (City or town) | (State) | (ZIP Code) |
|---|---|---|---|---|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _____ *April 21, 2006* _____ _____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

[X] as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

[X] "A" NUMBER MAY NOT APPEAR IN CIS DUE TO ADJUSTMENT BACKLOG.

> Remarks:     MULTIPLE ENTRIES - VALID UNTIL April 21, 2006.
> Applicant for adjustment of status Section 245. Parole indefinitely authority OI 212.5(c)(3)."This will permit you to resume your AOS application for adjustment of status on your return to the USA".IF YOUR APPLICATION IS DENIED YOU WILL BE SUBJECT TO REMOVAL PROCEEDINGS UNDER THE Immigration and Nationality Act.
>
> If you depart the United States and you have been unlawfully present in the United States for more than 180 days before filing for the adjustment of status, you may be found inadmissable and ineligible for adjustment of status upon your return to the United States under Section 212(a)(9)(B) of the INA.

ASDAO
DAVID N. STILL, DISTRICT DIRECTOR                 SAN JOSE, CA
(Signature of Immigration Officer)                 (Authorizing Office)

ARRIVAL STAMP

Exhibit E, previously issued travel document                 :005

Form I-512 ........ .. ..., .                 ALIEN
                                             Complaint

21

U.S. Department of Justice
Immigration and Naturalization Service

AUTHORIZATION FOR PAROLE OF AN ALIEN

INTO THE UNITED STATES

| Name of Alien | (First) | (Middle) | (Last) | | Date |
|---|---|---|---|---|---|
| | **Sarangan** | **NARASIMHAN** | | | 06/15/2006 |
| | | | | | File Number |
| Date of Birth (Month) (Day) (Year) | | Place of Birth | (City or town) | (State or province) | (Country) INDIA |
| U.S. Address #29 | (Apt. number and/ or in care of) 99 E MIDDLEFIELD RD | (Number and street) MOUNTAIN VIEW, CA 94043 | (City or town) | (State) | (ZIP Code) |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _____ *June 14, 2007* _____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

[X] as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

[X] "A" NUMBER MAY NOT APPEAR IN CIS DUE TO ADJUSTMENT BACKLOG.

> Remarks:    MULTIPLE ENTRIES - VALID UNTIL June 14, 2007.
>
> Applicant for adjustment of status Section 245.  Parole indefinitely authority OI 212.5(c)(3)."This will permit you to resume your AOS application for adjustment of status on your return to the USA".IF YOUR APPLICATION IS DENIED YOU WILL BE SUBJECT TO REMOVAL PROCEEDINGS UNDER THE Immigration and Nationality Act.
>
> If you depart the United States and you have been unlawfully present in the United States for more than 180 days before filing for the adjustment of status, you may be found inadmissable and ineligible for adjustment of status upon your return to the United States under Section 212(a)(9)(B) of the INA.

*Alma C. Lenna, SDAD for*
DAVID N. STILL,  DISTRICT DIRECTOR                    SAN JOSE,  CA
(Signature of Immigration Officer)                              (Authorizing Office )



ARRIVAL STAMP

**1 06/15/2006**

Exhibit E, previously issued travel document

Form I-512 (Rev. 10-1-82) Y

22

TO ALIEN
Complaint

5. Department of Homeland Security
1887 Monterey Road
San Jose, CA 95112

**U.S. Citizenship
and Immigration
Services**

SARANGAN NARASIMHAN
99 E. MIDDLEFIELD ROAD, #29
MOUNTAIN VIEW, CA 94043

File #:

Date:  April 28, 2005

RE:

# FINGERPRINT REFERRAL NOTICE

Type of Application: ☒ Adjustment of Status (I-485) ☐ Naturalization/Citizenship (N-400)

☒  In order to continue processing your application, you must go to a CIS Application Support Center (ASC) to have your fingerprints taken.

☐  It has been determined that you must have your fingerprints retaken.

You are hereby requested to appear to be fingerprinted at the location below:

☒ Application Support Center
122 Charcot Ave
San Jose, CA 95131

☒ Application Support Center (Santa Rita Plaza)
1954 North Main Street
Salinas, CA 93906

| Hours: | Sunday & Monday: | **CLOSED** |
|--------|------------------|------------|
|        | Tuesday – Saturday | 8:00 am – 3:30 pm |
|        | (To ensure being served, arrive by 3:00 pm) | |

## UPON RECEIPT OF THIS NOTICE

If you cannot go to the CIS ASC on the day you receive of this notice, you may go on any business day thereafter, as long as you report as instructed below:

**Naturalization Applicant Report within 90 Days**

If you do not have your fingerprints taken within the allotted period, your application or petition may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13).

When you go to have your fingerprints taken, you should bring: 1) THIS **NOTICE**; 2) your **Alien Registration Card (ARC)**. If you do not have an ARC, you must bring your **Employment Authorization Card** or alternative photo identification such as passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. **Naturalization applicants MUST bring Alien Registration card & Adjustment of Status Applicants MUST bring your Employment Authorization Card.** All others must bring a state or government I.D. or an I.D. issued by your country. If you do not bring this notice and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

**FOR QUESTIONS REGARDING YOUR FINGERPRINTS. CALL 1-888-557-5398.**

Please take note that the staff at the Application Support Center (ASC) will not be able to answer any questions about the status of your application.

JRS-01/27/03
Form N-14
(Rev. 12-

Exhibit F, Fingerprint referral notice with biometrics processing stamp

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
1887 MONTEREY ROAD
SAN JOSE, CALIFORNIA 95112

SARANGAN NARASIMHAN
APARNA S. VADLAMANI
99 E. MIDDLEFIELD ROAD , APT. #29                    FILE NUMBER: A        099
MOUNTAIN VIEW, CA 94043                              DATE:  05/31/2005

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:              1887 MONTEREY ROAD, ROOM 200
                             SAN JOSE, CA 95112

DATE AND TIME:               06/23/2005
                             08 : 00 AM

OFFICER:
                             DESK 3

REASON FOR APPOINTMENT:      APPLICATION FOR ADJUSTMENT OF STATUS

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

[X]  PETITIONER AND ALL BENEFICIARY(S) MUST BE PRESENT.  BRING THIS LETTER, ALL
     PASSPORT(S) AND OFFICIAL ID AND MEDICAL EXAM RESULTS.

[X]  BRING ORIGINALS OF ALL DOCUMENTS SUBMITTED WITH YOUR APPLICATION. BRING
     ONE COPY OF THE FOLLOWING DOCUMENTS FOR EACH BENEFICIARY:

[X]  A CURRENT LETTER OF EMPLOYMENT FOR YOU, THE PETITIONER AND THE CO-SPONSOR
     (SALARY, START DATE, AND POSITION).

[X]  ORIGINAL AND ONE COPY OF YOURS AND ANY CO-SPONSOR'S INCOME TAX FORMS WITH
     W-2'S FOR THE LAST THREE YEARS.

[X]  BRING ALL ORIGINALS AND ONE COPY (FOR EACH FAMILY MEMBER APPLYING WITH
     YOU) OF THE ITEMS CHECKED BELOW:

[X]  REGISTERED MARRIAGE CERTIFICATE, INSURANCE POLICIES, RENTAL AGREEMENTS,
     DEEDS, BANK/CREDIT STATEMENTS, CHILDREN'S BIRTH RECORDS.

[X]  UTILITY BILLS, WEDDING PHOTOS, AND ANY OTHER EVIDENCE YOU FEEL WOULD HELP
     ESTABLISH THAT YOUR MARRIAGE IS BONAFIDE.

---

* FAILURE TO BRING THE ABOVE MAY RESULT IN DENIAL OF YOUR APPLICATION.
* PLEASE ARRIVE AT LEAST 30 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT. REPORT
TO THE APPOINTMENT LINE AT THE MAIN ENTRANCE OF THE BUILDING.
* FAILURE TO ARRIVE AT YOUR SCHEDULED APPOINTMENT TIME WILL RESULT IN YOUR
APPOINTMENT BEING RESCHEDULED OR CASE DENIED. (DO NOT ARRIVE LATE)
* AFTER ARRIVING
WAIT UNTIL YOU AR Exhibit G, appointment letter for interview on June 23, 2005



**U.S. DEPARTMENT OF HOMELAND SECURITY**
*U.S. Citizenship and Immigration Services*
*1887 Monterey Road*
*San Jose, CA. 95112*

## ADJUSTMENT OF STATUS NOTICE

Date:
Alien Registration #:

Riding With.

Dear Applicant:

Your application for permanent resident status is pending for the reason(s) checked below:

---

INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW. No response will be given
if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:

WALK-IN OR DROP OFF INQUIRY:                OR        MAIL
INFORMATION UNIT LOBBY                                 U.S. Citizenship and Immigration Services
1887 Monterey Road, San Jose, CA                       ATTN: AOS INQUIRIES
SERVICE HOURS: Mon., Tues., Wed. and Fri. – 7:00 AM – 3:00 PM       1887 Monterey Road
Thurs. – 7:00 AM – 12:00 NOON                          San Jose, CA 95112

NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.

---

☑ A required background check has been initiated; however, a response is still pending for
☑ you  ☐ your spouse  ☐ your child(ren)_____

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that
you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine
when a visa number will become available. Your category is:_____ Country of
Chargeability:_____ Priority Date_____. When a visa number is available, you should
MAIL a copy of this notice to:

*USCIS, Attention: Priority Date, 1887 Monterey Road, San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your
case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* six
months *from the above date, you may inquire concerning your case in Room 200, Window1.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are NOT available until October 1st of each year. If you have not heard
anything by December 1st of that year, mail a copy of this notice to:

*USCIS, Attention: Priority Date, 1887 Monterey Road, San Jose, CA 95112.*

☐ Please follow the instructions on attached Form I-72. You must submit all requested documents within 90 days.
Additional time may be granted (see 8 CFR 103.2(b)(8)). Submit copies of all requested _____

☐ a        **Exhibit G, notice of case pending status from USCIS**

WR-232;  (SNJ-7216)  (REV. 08/01/04)        **Complaint**

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Citizenship and Immigration Services
### 1887 Monterey Road
### San Jose, CA. 95112

**SUBMIT THIS NOTICE WITH REQUIRED DOCUMENT (S) AND KEEP A COPY OF THIS NOTICE AND SUPPORTING DOCUMENTS FOR YOUR RECORDS**

Applicant's Name: Sarangan Narasimhan          Date:  June 23, 2005

Refer to File #:  A 98 408 099          Officer:  **B o r r e**

A decision cannot be made until you submit the document(s) or information requested below. PLEASE MAIL the document(s) information to the above address within 87 days. Pursuant to 8 CFR 103.2(b)(8), you have 12 weeks from the date of this notice to comply. Failure to do so may result in the denial of your application.

Submit the following documents: *(All documents containing language other than English must be submitted with a full English Translation)*

- [ ] Form I-130 Relative Alien Petition (Copy of original or completed duplicate no fee)
- [ ] Form I-693 Medical Examination AND Supplemental form to I-693 (all required Immunizations/Vaccinations)
- [ ] Form I-134 / I-864 Affidavit of Support  - From petitioner and/or Co-Sponsor
- [ ] Form G-325A Biographic Information
- [ ] Fingerprints Referral for ASC at SNJ / SALINAS on: _____
- [ ] Form I-601, Application for Waiver of Grounds of Excludability,  $250.00 Check/Money Order (payable to USCIS) **AND** Statement of Extreme Hardship from Petitioner (health, financial consideration, education, personal consideration, special factors, etc.).
- [ ] Immigration specified color photos (3)
- [ ] Advance Parole (I-512) OR Copy of all foreign travel documents.
- [ ] Police clearances for **all jurisdictions** where you have resided for the last 5 years.
- [ ] Employment letter with company letterhead (business stationery) showing salary, start date, and position held) sponsor/and co-sponsor.
- [ ] Proof of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and other evidence of marital union, etc.).
- [ ] **Certified Final Court Dispositions AND Conviction Documents**, and evidence of expungement of record, Arrest Record or " No Record" found from court of your arrest (s)
- [ ] Non-Availability of document certified by civil authorities for _____
- [ ] Original and a Copy of registered birth certificate for _____
- [ ] Original and a Copy of registered marriage certificate between _____
- [ ] Original and a Copy of registered FINAL divorce decree between _____
- [ ] Original and a Copy of registered death certificate of _____
- [ ] Two (2) affidavits regarding _____
- [ ] Copy of Naturalization Certificate for OR U.S. passport of _____
- [ ] Complete copies of Income Tax Returns AND W-2 for _____
- [ ] A statement from an officer of the bank or other financial institution in which you have deposits, including deposit/withdrawal history for the last 12 months, and current balance of: _____
- [x] Other     Current employment verification for applicant

- [ ] *Your application for permanent resident is pending for fingerprint clearance. it will take approximately 120 days to receive the fingerprint result. After 90 days of your fingerprint taken, please send us a copy of this notice to the address above.*

- [x] *New Ad.*

**Exhibit G, notice of case pending status from USCIS**

26

For: Warren Janssen, Officer in Charge     ~~Complaint~~

INFOPASS
Your eTicket to Immigration
Information

https://infopass.uscis.gov/infopass.php?schednum=502354



Click here to print this screen

| | |
|---|---|
| Name: | **Sarangan Narasimhan** |
| Appointment Type: | **ADIT Processing** |
| Confirmation No.: | **SNJ-05-26033** |

Authentication Code:   **17ab5**

Appointment Date: **June 23, 2005**      Appointment Time: **10:00 AM**

Location:          **1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Bring with you the approval letter / Form I-797C, 2 passport-style photographs (2 if temporary card needed), and a valid, unexpired passport.

This is your Confirmation Number:

\* S N J – 0 5 – 2 6 0 3 3 \*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**

*02556*

Thank you for using InfoPass
Return to USCIS On-Line

Exhibit H, INFOPASS appointments

27

1 of 1

Complaint
6/15/2005 9:30 AM



**INFOPASS**
Your e-Ticket to Immigration Information.

**Name:** **Sarangan Narasimhan**

**Appointment Question about case
Type:**

**Confirmation No.: SNJ-05-42925**        **Authentication Code: 17ab5**

**Appointment** **November 16,**         **Appointment Time: 8:30 AM**
**Date:** **2005**

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**



*SNJ-05-42925*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## 64593

Exhibit H, INFOPASS appointments



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Sarangan Narasimhan**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-06-16587

**Authentication Code:** 17ab5

**Appointment Date:** **June 15, 2006**

**Appointment Time:** **9:00 AM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



\*SNJ-06-16587\*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *16026*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

Exhibit H, INFOPASS appointments



**INFOPASS**
Your e-Ticket to immigration
information.

**Name:** **Sarangan Narasimhan**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-07-7489

**Authentication Code:** 17ab5

**Appointment Date:** **March 26, 2007**

**Appointment Time:** **9:15 AM**

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

### This is your Confirmation Number:



* S N J - 0 7 - 7 4 8 9 *

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *52117*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

Exhibit H, INFOPASS appointments

4/3/2007 5:24 PM

Complaint



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** Sarangan Narasimhan

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-07-8893

**Authentication Code:** 17ab5

**Appointment Date:** April 5, 2007

**Appointment Time:** 9:15 AM

**Location:** 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



\* S N J - 0 7 - 8 8 9 3 \*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 06960

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.**

Exhibit H, INFOPASS appointments

of 1

4/3/2007 5:23 PM

Complaint

PAGE 1 OF 3

March 19th, 2007

FROM:
Aparna S. Vadlamani
99 E. Middlefield Rd, #29
Mountain View, CA 94043
Cell: (650) 823-6263
Home: (650) 625-8423

TO:
Sen. Barbara Boxer
CASEWORK: IMMIGRATION AND VISAS
1700 Montgomery Street, Suite 240
San Francisco, CA 94111
(415) 403-0100
(415) 956-6701 fax

Dear Ms. Boxer,

> sub: Request for Assistance with Permanent Residency of my husband.
> Application Number: A98-408-099

I am a good standing U.S citizen living and working in your constituency. I am writing this mail to request your assistance and help in obtaining the status from as well as accelerating the process of the United States Citizenship Immigration Services (USCIS) in connection with the permanent resident status of my husband, Mr. Sarangan. Narasimhan.

Background

On October 28th 2004, I was married to Mr. Sarangan. Narasimhan in a civil ceremony at the Courthouse in San Jose, CA, and was followed-up with a formal Hindu religious wedding on February 11, 2005, at the Siva-Vishnu Hindu Temple, Livermore, California. As a US citizen, I have filed a spousal sponsorship petition on March 23rd, 2005, on behalf of my husband for permanent residency with the USCIS in San Jose, CA. All of the documentation specified by the USCIS was submitted on time, immigration interview was completed June 23rd, 2005, including submittal of my husband's fingerprints and medical examination documents. We have followed every step required by the USCIS.

My husband is an Indian citizen who was born in India and raised in Singapore. He first arrived in the US in 1994 on an F-1 student visa, completed a Bachelors degree in Engineering at Northwestern University in Illinois, and a Masters degree in Engineering at Stanford University. In the year 2001, my husband's visa status was converted to an H1-B (work permit visa) and has since been gainfully employed by a renowned information technology company in San Jose. He is an honest income-tax payer and a law abiding resident of the State of California (since CY 2001). He has not drawn on any public service and is not a burden to our community. His contributions to the technical society of this great country are tremendous.

USCIS Actions

Since June 23rd, 2005 my husband has visited the San Jose USCIS office multiple times to inquire about his case. But on every single occasion the USCIS has informed my husband that his application is                                                                                    n his case.

**Exhibit I, letters and faxes to Senators and Congresswoman**

Complaint

PAGE 2 OF 3

I have exhausted all my resources including my patience in pursuing this matter any further. I am turning to your esteemed office for intervening in this case. Trust that you will be able to conduct inquiries on our behalf and provide us the relief sought in my husband's permanent residence status without undue delay.

I am looking forward to your reply and I am available to discuss the concerned matter in person with you or your designated staff member at your convenience. Thank you in advance for honoring my above request.

Yours respectfully,
Aparna S. Vadlamani

Exhibit I, letters and faxes to Senators and Congresswoman

Complaint

March 19th, 2007

FROM:
Aparna S. Vadlamani
99 E. Middlefield Rd, #29
Mountain View, CA 94043
Cell: (650) 823-6263
Home: (650) 625-8423

TO:
Sen. Dianne Feinstein
c/o Stella Lyazer
Director of Constituent Services San Francisco
CASEWORK: IMMIGRATION
One Post Street, Suite 2450
San Francisco, CA 94104
(415) 393-0707

Dear Ms. Lyazer,

> sub: Request for Assistance with Permanent Residency of my husband,
> Application Number: A98-408-099

I am a good standing U.S citizen living and working in your constituency. I am writing this mail to request your assistance and help in obtaining the status from as well as accelerating the process of the United States Citizenship Immigration Services (USCIS) in connection with the permanent resident status of my husband, Mr. Sarangan. Narasimhan.

Background

On October 28th 2004, I was married to Mr. Sarangan. Narasimhan in a civil ceremony at the Courthouse in San Jose, CA, and was followed-up with a formal Hindu religious wedding on February 11, 2005, at the Siva-Vishnu Hindu Temple, Livermore, California.  As a US citizen, I have filed a spousal sponsorship petition on March 23rd, 2005, on behalf of my husband for permanent residency with the USCIS in San Jose, CA. All of the documentation specified by the USCIS was submitted on time, immigration interview was completed June 23rd, 2005, including submittal of my husband's fingerprints and medical examination documents.  We have followed every step required by the USCIS.

My husband is an Indian citizen who was born in India and raised in Singapore. He first arrived in the US in 1994 on an F-1 student visa, completed a Bachelors degree in Engineering at Northwestern University in Illinois, and a Masters degree in Engineering at Stanford University.  In the year 2001, my husband's visa status was converted to an H1-B (work permit visa) and has since been gainfully employed by a renowned information technology company in San Jose. He is an honest income-tax payer and a law abiding resident of the State of California (since CY 2001). He has not drawn on any public service and is not a burden to our community. His contributions to the technical society of this great country are tremendous.

USCIS Actions

Since June 23rd, 2005 my husband has visited the San Jose USCIS office multiple times to inquire about his case. But on every single occasion the USCIS has informed my husband that his application is "pending name check." Much time has passed and we had no resolution on his case.

Exhibit I, letters and faxes to Senators and Congresswoman

Complaint



Exhibit I, letters and faxes to Senators and Congresswoman

Complaint

March 19th, 2007

PAGE 3 OF 4

FROM:
Aparna S. Vadlamani
99 E. Middlefield Rd, #29
Mountain View, CA 94043
Cell: (650) 823-6263
Home: (650) 625-8423

TO:
Honorable Anna G. Eshoo
Congresswoman, 14th Congressional District cf California
698 Emerson Street
Palo Alto, California 94301
(650) 323-2984, (408) 245-2339, (831) 335-2020
Fax: (650) 323-3498

Dear Ms. Eshoo,

   sub: Request for Assistance with Permanent Residency of my husband,
   Application Number:         -099

I am a good standing U.S citizen living and working in your constituency. I am writing this mail to request your assistance and help in obtaining the status from as well as accelerating the process of the United States Citizenship Immigration Services (USCIS) in connection with the permanent resident status of my husband, Mr. Sarangan. Narasimhan.

Background

On October 28th 2004, I was married to Mr. Sarangan. Narasimhan in a civil ceremony at the Courthouse in San Jose, CA, and was followed-up with a formal Hindu religious wedding on February 11, 2005, at the Siva-Vishnu Hindu Temple, Livermore, California.  As a US citizen, I have filed a spousal sponsorship petition on March 23rd, 2005, on behalf of my husband for permanent residency with the USCIS in San Jose, CA. All of the documentation specified by the USCIS was submitted on time, immigration interview was completed June 23rd, 2005, including submittal of my husband's fingerprints and medical examination documents. We have followed every step required by the USCIS.

My husband is an Indian citizen who was born in India and raised in Singapore. He first arrived in the US in 1994 on an F-1 student visa, completed a Bachelors degree in Engineering at Northwestern University in Illinois, and a Masters degree in Engineering at Stanford University.  In the year 2001, my husband's visa status was converted to an H1-B (work permit visa) and has since been gainfully employed by a renowned information technology company in San Jose. He is an honest income-tax payer and a law abiding resident of the State of California (since CY 2001). He has not drawn on any public service and is not a burden to our community. His contributions to the technical society of this great country are tremendous.

USCIS Actions

Since June 23rd, 2005 my husband has visited the San Jose USCIS office multiple times to inquire about his case. But on every single occasion the USCIS has informed my husband that his application is "pending name check." Much time has passed and we had no resolution on his case.

   Exhibit I, letters and faxes to Senators and Congresswoman

Complaint

PAGE 4 OF 4

I have exhausted all my resources including my patience in pursuing this matter any further. I am turning to your esteemed office for intervening in this case. Trust that you will be able to conduct inquiries on our behalf and provide us the relief sought in my husband's permanent residence status without undue delay.

I am looking forward to your reply and I am available to discuss the concerned matter in person with you or your designated staff member at your convenience. Thank you in advance for honoring my above request.

Yours respectfully,
Aparna S. Vadlamani

Exhibit I, letters and faxes to Senators and Congresswoman

Complaint

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                              TIME  : 03/29/2007 08:40
                              NAME  :
                              FAX   : 6506258423
                              SER.# : BROA6F513958


┌───────────────────────────────────────────────────────────────────────┐
│  DATE,TIME                          03/29  08:38                        │
│  FAX NO./NAME                       3233498                             │
│  DURATION                           00:00:55                            │
│  PAGE(S)                            03                                  │
│  RESULT                             OK                                  │
│  MODE                               STANDARD                           │
│                                     ECM                                 │
└───────────────────────────────────────────────────────────────────────┘
```

Exhibit I, letters and faxes to Senators and Congresswoman

Complaint