Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff



# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, individually, | Case No.: C07 02449 PVT |
| Plaintiff, | Agency File Number: A98 408 099 |
| v. | CERTIFICATE AS TO INTERESTED PARTIES |
| EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, | Hearing Date: TBA |
| ALBERTO R. GONZALES, as Attorney General of the United States, | |
| MICHAEL CHERTOFF, in his official capacity as the Secretary of the United States Department of Homeland Security, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff Sarangan Narasimhan, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Emilio T. Gonzalez, in his capacity as the Director of the U.S. Citizenship and Immigration Services ("USCIS"). Defendant Gonzalez is responsible for supervising the operations of USCIS, the agency responsible for the delay of Plaintiff's application for adjustment of status.

2) Alberto R. Gonzales, in his capacity as the Attorney General of the United States. Defendant Gonzales is responsible for supervising the operations of the Federal Bureau of Investigations, the agency responsible for the delay of Plaintiff's security name check.

3) Michael Chertoff, in his capacity as the Secretary of the United States Department of Homeland Security ("DHS"). Defendant Chertoff is responsible for supervising the operations of the USCIS, an agency under the DHS.

4) Office of the United States Attorney. Office of the United States Attorney represents the USCIS, DHS, and the Attorney General of the United States in all matters before the U.S. Federal District Court.

April 27, 2007

_____
Daniel T. Huang
Attorney at Law

Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net