# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Sarangan Narasimhan, individually, Plaintiff,

V.

Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services; Alberto R. Gonzales, as Attorney General of the United States; Michael Chertoff, Secretary of Department of Homeland Security, Defendant (s)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 02449

PVT

TO: (Name and address of defendant)

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel T. Huang
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE 5-7-7

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 6.6.2007 |
| Name of SERVER | TITLE proof of Service |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served Michael Chertoff, U.S. Department of Homeland Security via certified first class mail on May 25, 2007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6.6.2007
            Date

Signature of Server: Tracy Li

Address of Server: P.O. Box 1351
Alhambra, CA 91802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Chertoff, Secretary
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    SERVICE ACCEPTED ON OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X _Frances Adams_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
    MAY 25 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 3450 0001 4143 2390

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Office of Daniel Huang
P.O. Box 1351
Alhambra, CA 91802-1351

Narasimhan, Savargan