1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | SARANGAN NARASIMHAN,                    )
                                           )
13 |         Plaintiff,                    ) No. C 07-2449 PVT
                                           )
14 |    v.                                 )
                                           ) **PARTIES' CONSENT TO MAGISTRATE**
15 | EMILIO T. GONZALEZ, Director of the   ) **JUDGE JURISDICTION**
U.S. Citizenship and Immigration Services;)
16 | ALBERTO R. GONZALES, as Attorney      )
General of the United States;             )
17 | MICHAEL CHERTOFF, in his Official     )
Capacity, Secretary, United States Department )
18 | of Homeland Security;                 )
                                           )
19 |         Defendants.                   )
                                           )
20 |

21 |     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

22 | the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

23 | conduct any and all further proceedings in the case, including trial, and order the entry of a final

24 | judgment.

25 | ///

26 | ///

27 |

28 |

Consent to Magistrate Jurisdiction
C07-2449 PVT                                              1

1
2  Dated: July 25, 2007                                Respectfully submitted,

3                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
4
5                                                      _____/s/_____
                                                       EDWARD A. OLSEN
6                                                      Assistant United States Attorney
                                                       Attorneys for Defendants
7
8  Dated: July 23, 2007                                _____/s/_____
                                                       DANIEL T. HUANG
9                                                      Attorney for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Consent to Magistrate Jurisdiction
C07-2449 PVT                                    2