1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 |    Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                 NORTHERN DISTRICT OF CALIFORNIA

11 |                        SAN JOSE DIVISION

12 | SARANGAN NARASIMHAN,                    )
                                            )
13 |              Plaintiff,                 )  No. C 07-2449 PVT
                                            )
14 |         v.                              )
                                            )  **PARTIES' JOINT REQUEST TO BE**
15 | EMILIO T. GONZALEZ, Director of the     )  **EXEMPT FROM FORMAL ADR**
U.S. Citizenship and Immigration Services; )  **PROCESS**
16 | ALBERTO R. GONZALES, as Attorney        )
General of the United States;              )
17 | MICHAEL CHERTOFF, in his Official       )
Capacity, Secretary, United States Department )
18 | of Homeland Security;                   )
                                            )
19 |              Defendants.                )
                                            )

20 |

21 |     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22 | Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23 | Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

24 | provided by the court and private entities, and considered whether this case might benefit from any

25 | of them.  Here, the parties agree that referral to a formal ADR process will not be beneficial because

26 | this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

27 | the application for adjustment of status.  Given the substance of the action and the lack of any

28 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

Request for ADR Exemption
C07-2449 PVT                              1

1  court resources.    Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed

2  from the ADR Multi-Option Program and that they be excused from participating in the ADR phone

3  conference and any further formal ADR process.

4

5  Dated: July 25, 2007                                    Respectfully submitted,

6                                                          SCOTT N. SCHOOLS
                                                           United States Attorney

7

8                                                          _____/s/_____
                                                           EDWARD A. OLSEN
9                                                          Assistant United States Attorney
                                                           Attorneys for Defendants

10

11  Dated: July 23, 2007                                   _____/s/_____

12                                                         DANIEL T. HUANG
                                                           Attorney for Plaintiff

13

14                                  **ORDER**

15      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

16  Multi-Option Program and are excused from participating in the ADR phone conference and any

17  further formal ADR process.

18  **SO ORDERED.**

19

20  Dated:                                                 _____

21                                                         PATRICIA V. TRUMBULL
                                                           United States Magistrate Judge

22

23

24

25

26

27

28

   Request for ADR Exemption
   C07-2449 PVT                                2