Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, individually, <br><br>Plaintiff,<br><br>v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services,<br><br>ALBERTO R. GONZALES, as Attorney General of the United States,<br><br>Defendants. | Case No.: C 07-2449 PVT<br><br>**Stipulation to Conduct Case Management Conference by Telephone ; [Proposed] Order** |

Defendants, by and through their attorney of record, and Plaintiff, by and through his attorney of record, hereby stipulate, subject to the approval of the Court,

///

///

that parties are permitted to conduct the Case Management/Status Conference, presently scheduled for August 14, 2007 at 9:00 AM, by telephone.

                                    Respectfully submitted,

                                    Law Office of Daniel Huang

Date: August 7, 2007

                                    Attorney at Law

                                    SCOTT N. SCHOOLS
                                    United States Attorney

Date: August 7, 2007

                                    EDWARD A. OLSEN
                                    Assistant United States Attorney

                                  **ORDER** (Proposed)

Pursuant to stipulation, IT IS SO ORDERED.

Date:

                                    PATRICIA V. TRUMBULL
                                    United States Magistrate Judge