Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Lawyer99@pacbell.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, individually<br><br>      PLANTIFF,<br>  v.<br><br>EMILLO T. GONZALEZ, Director of the U.S Citizenship and Immigration Services,<br><br>ALBERTO R. GONZALES, as Attorney General of the United States,<br><br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security.<br><br>      DEFENDANTS | No. 07-cv-02449-PVT<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>CMC: August 14, 2007<br>Time: 2:00 p.m. |

1

No. 07-cv-02449-PVT Case Management Statement

**1. Jurisdiction and Service**

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361 and 5 U.S.C. § 701 *et seq*. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts**

The plaintiff is native of India who filed a Form I-485 application to adjust status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about April 20, 2005. The USCIS has not yet adjudicated the Form I-485 applications because the required background checks for the plaintiff have not yet been completed. The plaintiff filed an action on May 7, 2007, seeking an order from this Court directing USCIS to adjudicate his Form I-485 application.

**3. Legal Issues**

Whether this Court has subject matter jurisdiction and whether defendants violated the Administrative Procedures Act.

**4. Motions**

The parties intend to file cross-motions for summary judgment.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery**

The parties do not intend to take any discovery at this time.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiff asks this Court to direct USCIS to adjudicate his applications for adjustment of status.

**12. Settlement and ADR**

The parties agreed that settlement and ADR are not appropriate for this case.

**13. Consent to Magistrate Judge for All Purposes**

The parties have consented to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on motion(s).

**17. Scheduling**

The parties propose the following schedule on the defendants' motion to dismiss:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | September 14, 2007 |
| Defendants' Cross-Motion/Opposition: | September 28, 2007 |
| Plaintiff's Opposition/Reply: | October 12, 2007 |
| Defendants' Reply: | October 19 2007 |
| Hearing: | November 16, 2007, at 2:00 p.m. |

**18. Trial**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The parties intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

Dated: August 7, 2007     _____
DANIEL T. HUANG
Attorney for Plaintiffs


Dated: August 7, 2007     ___(See attached)_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants


## ORDER

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.

Dated: August ___, 2007     _____
PATRICIA V. TRUMBUL
United States District Court Magistrate Judge

4

No. 07-cv-02449-PVT Case Management Statement

**19. Disclosure of Non-Party Interested Entities or Persons:**

The parties intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

Dated: August 7, 2007

DANIEL T. HUANG
Attorney for Plaintiffs

Dated: August 7, 2007

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.

Dated: August ___, 2007

PATRICIA V. TRUMBUL
United States District Court Magistrate Judge

4
No. 07-cv-02449-PVT Case Management Statement