Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Albambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, individually, | Case No.: C 07-2449 PVT |
| Plaintiff, | |
| v. | **Stipulation to Conduct Case Management Conference by Telephone ; [Proposed] Order** |
| EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, | |
| ALBERTO R. GONZALES, as Attorney General of the United States, | |
| Defendants. | |

Defendants, by and through their attorney of record, and Plaintiff, by and through his attorney of record, hereby stipulate, subject to the approval of the Court,

///

///

1   Stipulation to Conduct CMC by Telephone
    C 07-2449 PVT

that parties are permitted to conduct the Case Management/Status Conference, presently scheduled for August 14, 2007 at 9:00 AM, by telephone.

Respectfully submitted,

Law Office of Daniel Huang

Date: August 7, 2007

Attorney at Law

SCOTT N. SCHOOLS
United States Attorney

Date: August 7, 2007

EDWARD A. OLSEN
Assistant United States Attorney

**ORDER** (Proposed)

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 8, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Conduct CMC by Telephone
2    C 07-2449 PVT