Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, individually, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, <br><br> ALBERTO R. GONZALES, as Attorney General of the United States, <br><br> Defendants. | Case No.: C 07-2449 PVT <br><br> **Stipulation to Conduct Case Management Conference by Telephone ; [Proposed] Order** |

Defendants, by and through their attorney of record, and Plaintiff, by and through his attorney of record, hereby stipulate, subject to the approval of the Court,

///

///

1  that parties are permitted to conduct the Case Management/Status Conference,

2  presently scheduled for August 14, 2007 at 9:00 AM, by telephone.

3

4

5                               Respectfully submitted,

6

7                               Law Office of Daniel Huang

8

9  Date: August 7, 2007         /s/
10                              Attorney at Law
11
12                              SCOTT N. SCHOOLS
                                United States Attorney
13
14                              /s/
15 Date: August 7, 2007
                                EDWARD A. OLSEN
16                              Assistant United States Attorney
17
                     **ORDER** (Proposed)
18
   Pursuant to stipulation, IT IS SO ORDERED.
19
   Date:  August 8, 2007
20
21
22                              /s/ Patricia V. Trumbull
                                PATRICIA V. TRUMBULL
23                              United States Magistrate Judge
24
25
26
27
28

                        2       Stipulation to Conduct CMC by Telephone
                                C 07-2449 PVT