UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 8/14/07

COURT REPORTER: FTR          Clerk: Corinne Lew

Case No:C 07-02449  PVT      Case Title: NARASIMHAN  VS.  GONZALEZ

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Daniel Tzu Ken Huang (by telephone) | Edward Olsen (by telephone) |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial       [ ] Status     [ ] Discovery

                           [ ] Settlement    [ ] Final      [] Motion

                           [ ] Other         [X] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted           [ ] Submitted           [ ] Settled

[ ] Denied            [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

Briefing Schedule:    Opening                 Answer
                      Reply

[ X ]**Motions Hearing Set for 11/13/07 at 10:00 a.m.**

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant     [ **X** ] Court     [ ] Court w/opinion