UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SARANGAN NARASIMHAN, | ) | Case No.: C 07-02449 PVT |
| Plaintiff, | ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| EMILLO GONZALES, et. al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On August 14, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that a hearing on the cross-motions for summary judgment shall be held on November 13, 2007 at 2PM. The cross-motions for summary judgment are due no later than October 9, 2007. The opposition papers to the cross-motions for summary judgment are due no later than October 16, 2007. The reply papers are due no later than October 30, 2007.

ORDER, *page 1*

1   IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
2   Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.
3   1/05/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and
4   content of the Joint Pretrial Statement, and all other pretrial submissions.

5   Dated: *August 15, 2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/05/06)."