```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, ) | |
| ) | |
| Plaintiff, ) | No. C 07-2449 PVT |
| ) | |
| v. ) | |
| ) | **STIPULATION TO EXTEND BRIEFING** |
| EMILIO T. GONZALEZ, Director of the ) | **SCHEDULE AND HEARING DATE;** |
| U.S. Citizenship and Immigration Services; ) | **AND [PROPOSED] ORDER** |
| ALBERTO R. GONZALES, as Attorney ) | |
| General of the United States; ) | |
| MICHAEL CHERTOFF, in his Official ) | |
| Capacity, Secretary, United States Department ) | |
| of Homeland Security; ) | |
| ) | Hearing Date: November 13, 2007 |
| Defendants. ) | Time:        2:00 p.m. |
| ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule and the hearing date in this matter, in light of the following:

(1) The plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about March 20, 2005. The USCIS has not yet adjudicated the Form I-485 application.

(2) The plaintiff filed an action in this Court on May 7, 2007, seeking an order directing USCIS to adjudicate his I-485 application.

Stipulation to Extend Briefing Schedule
C07-2449 PVT                                         1

(3) The parties believe this matter can be administratively resolved after plaintiff has his fingerprints taken again.

(4) Accordingly, the parties respectfully ask this Court to extend the briefing schedule and the hearing date as follows:

| | |
|---|---|
| Parties' Cross-motions for Summary Judgment: | November 13, 2007 |
| Parties' Reply/Opposition: | November 20, 2007 |
| Hearing: | December 18, 2007, at 2:00 p.m. |

Dated: October 9, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 9, 2007

_____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: October 10, 2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Extend Briefing Schedule
C07-2449 PVT                                     2