1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12 SARANGAN NARASIMHAN,                )
                                       )  No. C 07-2449 PVT
13            Plaintiff,               )
                                       )
14      v.                             )  **SECOND STIPULATION TO EXTEND**
                                       )  **BRIEFING SCHEDULE AND HEARING**
15 EMILIO T. GONZALEZ, Director of the )  **DATE; AND [~~XXXXXXXX~~PROPOSED] ORDER**
   U.S. Citizenship and Immigration Services; )
16 ALBERTO R. GONZALES, as Attorney    )
   General of the United States;       )
17 MICHAEL CHERTOFF, in his Official   )
   Capacity, Secretary, United States Department )
18 of Homeland Security;               )  Hearing Date: December 18, 2007
                                       )  Time:         2:00 p.m.
19            Defendants.              )
                                       )
20

21     The plaintiff, by and through his attorney of record, and defendants, by and through their

22 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing

23 schedule and the hearing date in this matter, in light of the following:

24     (1) The plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident

25 with the United States Citizenship and Immigration Services (USCIS) on or about March 20, 2005.

26 The USCIS has not yet adjudicated the Form I-485 application.

27     (2) The plaintiff filed an action in this Court on May 7, 2007, seeking an order directing USCIS

28 to adjudicate his I-485 application.

Second Stipulation to Extend Briefing Schedule
C07-2449 PVT                                   1

(3) On two separate occasions, the plaintiff's fingerprints could not be properly read and therefore rejected. The plaintiff must now obtain a police clearance in order for the USCIS to complete adjudication of his I-485 application.

(4) Accordingly, the parties respectfully ask this Court to extend the briefing schedule and the hearing date as follows:

| | |
|---|---|
| Parties' Cross-motions for Summary Judgment: | January 15, 2007 |
| Parties' Reply/Opposition: | January 22, 2007 |
| Hearing: | February 19, 2007, at 10:00 a.m. |

Dated: November 1, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Dated: November 1, 2007                    _____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: November _2_, 2007                  *Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Second Stipulation to Extend Briefing Schedule
C07-2449 PVT                                              2