```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, | ) |
| Plaintiff, | ) No. C 07-2449 PVT |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director of the | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ALBERTO R. GONZALES, as Attorney | ) |
| General of the United States; | ) |
| MICHAEL CHERTOFF, in his Official | ) |
| Capacity, Secretary, United States Department | ) |
| of Homeland Security; | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2449 PVT                                            1

1  Dated: November 26, 2007				Respectfully submitted,

2							SCOTT N. SCHOOLS
							United States Attorney
3

4							_____/s/_____
							EDWARD A. OLSEN
5							Assistant United States Attorney
							Attorneys for Defendants
6

7
   Dated: November 26, 2007				_____/s/_____  _____
8							DANIEL T. HUANG
							Attorney for Plaintiff
9

10

11					**ORDER**

12     Pursuant to the parties' stipulation, IT IS SO ORDERED.

13

14 Dated: November ___, 2007			_____
							PATRICIA V. TRUMBULL
15							United States Magistrate Judge

Stipulation to Dismiss
C07-2449 PVT					2