```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, | ) |
| | ) No. C 07-2449 PVT |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director of the | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ALBERTO R. GONZALES, as Attorney | ) |
| General of the United States; | ) |
| MICHAEL CHERTOFF, in his Official | ) |
| Capacity, Secretary, United States Department | ) |
| of Homeland Security; | ) |
| | ) |
| Defendants. | ) |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2449 PVT                                        1

1  Dated: November 26, 2007                    Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4                                                      /s/
                                                _____
                                                EDWARD A. OLSEN
5                                               Assistant United States Attorney
                                                Attorneys for Defendants
6

7
   Dated: November 26, 2007                            /s/
                                                _____        _____
8                                               DANIEL T. HUANG
                                                Attorney for Plaintiff
9

10

11                              **ORDER**

12     Pursuant to the parties' stipulation, IT IS SO ORDERED.

13
           Dec.
14 Dated: ~~November~~  3 , 2007            /s/ Patricia V. Trumbull
                                                PATRICIA V. TRUMBULL
15                                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2449 PVT                                    2