```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARANGAN NARASIMHAN, | ) |
| | ) No. C 07-2449 PVT |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director of the | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ALBERTO R. GONZALES, as Attorney | ) |
| General of the United States; | ) |
| MICHAEL CHERTOFF, in his Official | ) |
| Capacity, Secretary, United States Department | ) |
| of Homeland Security; | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2449 PVT                                                   1

1  Dated: November 26, 2007                    Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4                                              _____/s/_____
                                               EDWARD A. OLSEN
5                                              Assistant United States Attorney
                                               Attorneys for Defendants
6

7
   Dated: November 26, 2007                    _____/s/_____  _____
8                                              DANIEL T. HUANG
                                               Attorney for Plaintiff
9

10

11                                  **ORDER**

12      Pursuant to the parties' stipulation, IT IS SO ORDERED.

13
              Dec.
14  Dated: ~~November~~  _3_ , 2007            _Patricia V. Trumbull_
                                               PATRICIA V. TRUMBULL
15                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

   Stipulation to Dismiss
   C07-2449 PVT                                2